**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA SAMANTHA BONILLA, an Individual, BRIAN MAXIMILIANO BONILLA, a minor, BELINA ROSE BONILLA, a minor and BELLAINE LIA BONILLA, a minor by and through their Guardian Ad Litem BRIAN STEVE BONILLA,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOE LITTLE, an Individual, DOT FOODS INC., an Illinois corporation, and DOES 1 TO 50, Inclusive.<br><br>        Defendants. | CASE NO.  5:25-cv-02875-MWC-AS<br>*[Riverside Superior Court Case No. CVRI 2503988]*<br><br>Assigned to Hon. Michelle Williams Court<br><br>**ORDER GRANTING PARTIES' STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AT $74,999.99 AND TO REMAND THE MATTER TO STATE COURT (DKT. 9)**  **[JS-6]**<br><br>Complaint Filed: *July 18, 2025* |

The Court, having read and considered the Parties' Stipulation to Cap Plaintiffs' Judgments, Awards, or Recoveries and to Remand, hereby ORDERS as follows:

    1.    Plaintiff's total recovery, if any, from defendants, Joe Little and, Dot Foods Inc., and or its agents employees, parents, subsidiaries, or affiliated and related business entities, for any injuries, damages, harms, or losses resulting from the auto accident that occurred August 8, 2023, and which are the subject of the within action (including

formerly Riverside Superior Court Case No. CVRI 2503988) (the Litigation), including but not limited to economic and non- economic damages, is hereby capped at $74,999.99, exclusive of interest and costs.

2. If any judgment or award is entered in Plaintiffs' favor and against defendants Joe Little and Dot Foods Inc., and/or its agents, employees, parents, subsidiaries, or affiliated and related business entities, in excess of $74,999.99, exclusive of interest and costs, Plaintiffs have knowingly and voluntarily waived the right to claim that portion of their final judgment or award which exceeds $74,999.99, exclusive of interest and costs and agree to execute any necessary documents to reduce any such award or judgment to $74,999.99.

3. Pursuant to the parties' Stipulation, because this matter no longer exceeds $75,000.00, this Court no longer has subject matter jurisdiction, and the matter is hereby **REMANDED** to the Superior Court for the State of California, County of Riverside, Case No. CVRI 2503988.

4. All pending dates in the Federal action are **VACATED** with trial and other dates to be set by the Superior Court for the State of California, County of Riverside, Case No. CVRI 2503988. This order closes the case. [JS-6]

**IT IS SO ORDERED.**

Dated: October 31, 2025

_____
Hon. Michelle Williams Court
United States District Court Judge

**ORDER GRANTING PARTIES' STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AND TO REMAND**